■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TIBURCIO, Appellant. [25 NYS3d 593]—

Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered March 9, 2009, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of three years, unanimously affirmed.

Defendant's claim that he is entitled to relief under *People v Peque* (22 NY3d 168 [2013], *cert denied* 574 US —, 135 S Ct 90 [2014]) based on the absence of warnings, at the time of his plea, regarding the possibility of deportation is unpreserved, and we decline to review it in the interest of justice. Defendant has not established that the exception to the preservation requirement set forth in *Peque* (*id.* at 182-183) should apply. Before imposing sentence, the court specifically warned defendant that the conviction could result in deportation, but defendant did not move to withdraw his plea. In any event, given the circumstances of the plea, it is unlikely that defendant could make the requisite showing of prejudice under *Peque* (*id.* at 198-201) if granted a hearing. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.